

**CORRECTIONS CORPORATION OF AMERICA**
Correctional Treatment Facility

*Exhibit A*

To:        All CTF Inmates
           All CTF Staff

From:      F.E. Figueroa
           Warden, CTF

Date:      June 13, 2005

Subject:   Summer Dayroom Wear

---

Effective immediately; all inmates will be allowed to wear short sleeve t-shirts while out of their cells. All t-shirts will be short sleeve only. Tank tops or altered t-shirts are prohibited.

CC: A/W Banks
    A/W King
    COS Ramos
    PM Fulton
    ACOS Richardson
    Greivance Coordinator Allen
    All Unit Managers
    All Shift Supervisors
    All Asst. Shift Supervisors
    Read Book
    Procedures Book-Security