

**CORRECTIONS CORPORATION OF AMERICA**

Exhibit-B

To: Chief Ramos

From: Jackie Smith- Maintenance Manager

Date: 6-17-05

Re: Unit 96

We are currently awaiting the A- Building a/c unit please allow Unit 96 to keep the cell door open due to the heat.

*Handwritten annotations:*

Med 96 officers

Please Read

7/12/05

7-3-05

Per chief Richardson — this not accurate
Warden Figueroa stated
only C4-Building doors stay open at this time — Haus

7/12/05

Units that do not have Air Conditioning are allowed to keep doors open per Chief Ramos. C/O's who have questions can contact shift commander U/M Haus