FILED

SEP 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAAL AKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 1820 |
| ) | |
| CITY OF WASHINGTON, DISTRICT ) | |
| OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The complaint names 24 individual plaintiffs, but the complaint and *in forma pauperis* application are signed by Mr. Aki alone. Morever, none of the other named plaintiffs have submitted a prison trust fund account statement as required by 28 U.S.C. § 1915. Accordingly, it is

**ORDERED** that Plaintiff Aki's application to proceed *in forma pauperis* is **GRANTED**.

**FURTHER ORDERED** that the case will proceed with Mr. Aki as the sole plaintiff.

*[signature]*
United States District Judge

DATE: 8/11/05