UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMAAL AKI,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**CITY OF WASHINGTON, DISTRICT OF COLUMBIA, et al.,**<br><br>   **Defendants.** | Civil Action No.  05-1820 (EGS) |

## ORDER

Plaintiff's application to proceed *in forma pauperis* was granted by the Court.  The Clerk of the Court is ordered to issue a summons with a copy of the complaint so that the United States Marshal's Office may effect service on the defendants.

_____
EMMET G. SULLIVAN
United States District Judge

Dated: September 30, 2005