UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAAL AKI, : | |
| : | |
| Plaintiff, : | Civil Action No. 05-1820 (EGS) |
| : | |
| v. : | |
| : | |
| CITY OF WASHINGTON, DISTRICT : | |
| OR COLUMBIA, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

_____   Defendants have filed a motion to dismiss.  The plaintiff is proceeding *pro se*.  The Court will rule on the Defendants' motion taking into consideration the facts proffered by the Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.  If the Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case.  *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).  Accordingly, it is this 30th day of November, 2005,

**ORDERED** that the Plaintiff shall respond to the Defendants' motion to dismiss within 30 days of this Order.  If the Plaintiff does not respond by that date, the Court may treat the motion as conceded.

_____
EMMET G. SULLIVAN
United States District Judge