UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAAL AKI,<br>        Plaintiff<br><br>v.<br><br>CITY OF WASHINGTON, DISTRICT OF COLUMBIA, FRED FIGUEROA, JACQUELYN BANKS, DENISE KING and ANTHONY WILLIAMS,<br><br>        Defendants. | Case No. 1:05-cv-01820-EGS |

## JOINDER IN MOTION TO DISMISS

Defendants Warden Fred Figueroa and Jacquelyn Banks, through counsel, hereby joins in Defendants City of Washington D.C. and Mayor Anthony Williams Motion to Dismiss filed with the Court on November 21, 2005.

Dated this 30th day of November 2005.

                                                Respectfully submitted,

                                                s/ Daniel P. Struck
                                                Daniel P. Struck (D.C. Bar No. CO0037)
                                                JONES, SKELTON & HOCHULI, P.L.C.
                                                2901 North Central Avenue
                                                Suite 800
                                                Phoenix, Arizona 85012
                                                Telephone: (602) 263-7323
                                                Facsimile: (602) 200-7811

Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan, A Professional Corporation
999 Waterside Drive
Suite 2525
Norfolk, Virginia 23510
Telephone: (757) 441-8938
Facsimile: (757) 624-3773
Kelvin.Newsome@Leclairryan.com

Attorneys for Defendants, *District of Columbia, Anthony Williams, Figueroa and Banks*

**ELECTRONICALLY FILED** this 30th day of November, 2005.

**COPY** of the foregoing mailed even date to:

Jamaal Aki, DC #234-427
Correctional Treatment Facility
1901 E Street, SE
Washington, DC   20003


    s/ Carol S. Madden

1560558_1