U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jamaal Aki | 05-1820 EGS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| City of Washington, District of Columbia, et al | Summons in A Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Fred Figueroa, Warden – CCA/CTF

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1901 E STreet, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                  Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 10/26/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ashaeade Alphonso Silvering Officer Grey Investional

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/21/05   Time: 1033   ☒ am / ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED                     **1. CLERK OF THE COURT**                     FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jamaal Aki | 05-1820 EGS |
| DEFENDANT | TYPE OF PROCESS |
| City of Washington, District of Columbia | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jacquelyn Banks - Assistant Warden - CCA/CTF

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1901 E Street, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 05 OCT 26 A 10: [illegible]
MARSHALS OFF[ICE]
DISTRICT OF COLUM[BIA]

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 10/26/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): [handwritten, illegible] Ahmeade, Alfonso [illegible] West Camp Investigator

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/21/05    Time: 1035 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)