UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMAAL AKI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1820 (EGS) |
| | ) |
| **CITY OF WASHINGTON, DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER OF DISMISSAL

This matter comes before the Court on Defendants' motion to dismiss, filed November 21, 2005. Plaintiffs are appearing *pro se*. The Court ordered Plaintiff to respond to the motion by December 30, 2005. The Court advised Plaintiff that failure to respond could result in dismissal of the action and entry of judgment in favor of the Defendants. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1998).

As of this date, Plaintiff has not filed a response to the motion to dismiss. Accordingly, it is this 25th day of January, 2006

**ORDERED** that Defendants' Motion to Dismiss [Dkt.# 9] is **GRANTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

 
EMMET G. SULLIVAN
United States District Judge